**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| DATA CARRIERS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>DELL INC.,<br><br>      Defendant. | C.A. No. 12-331-LPS |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

  Plaintiff Data Carriers, LLC ("Plaintiff") and Defendant Dell Inc. ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE and all Defendant's claims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 27, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 8, 2013

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Stephen B. Brauerman<br>Richard D. Kirk (No. 922)<br>Stephen B. Brauerman (No. 4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff*<br>*Data Carriers, LLC* | /s/ Richard L. Horwitz<br>Richard L. Horwitz (No. 2246)<br>David E. Moore (No. 3983)<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Dell Inc.* |

2

OF COUNSEL:

Marc A. Fenster
Benjamin T. Wang
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474

OF COUNSEL:

Thomas M. Dunham
J. Michael Woods
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282 5000
tdunham@winston.com
mwoods@winston.com